| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BUCHWALD, NAOMI R | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK` | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>500 PEARL STREET - ROOM 2270<br>NEW YORK, NY 10007-1312 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 14 A 11: 01 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | SELF-EMPLOYED LAWYER (Through June 30, 2007) |
| 2. 2007 | PARTNER AT LAW FIRM (From July 1, 2007 to present) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 10/12/07 - 10/14/07 | Lenox, Massachusetts | Bench and Bar Conference - program chair | Meals and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED RIDER | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# 2007 Financial Disclosure Statement

Part VII: Investments and Trusts

| A. Description | B. Income | | C. Value | | (D) Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| Citibank Accounts | C | Interest | M | T | | | | |
| Citibank (IRA) 1 | A | Interest | K | T | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| Citibank (IRA) 2 | B | Interest | O | T | | | | |
| | E | Dividends | | | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| – Analogue Devices (Common) | | | | | | | | |
| – Applied Materials (Common) | | | | | | | | |
| – Time Warner (Common) | | | | | | | | |
| – Dell Computer (Common) | | | | | Sold | 1/23 | L | – |
| – Gateway (Common) | | | | | Sold (tendered) | 10/16 | J | – |
| – Intel (Common) | | | | | Bought | 10/19 | M | – |
| – Palm Inc (Common) | | | | | | | | |
| – International Rectifier (Common) | | | | | | | | |
| – Microsoft (Common) | | | | | | | | |
| – Sun Microsystems (Common) | | | | | | | | |
| – CMGI (Common) | | | | | | | | |
| JPMorgan Chase Accounts | D | Interest | N | T | | | | |
| Schwab Account | | | | | | | | |
| NY Muni Money Mkt | C | Dividends | M | T | | | | |
| Bank of America | A | Dividends | J | T | | | | |
| Columbia Cash Reserves (formerly Prime Reserves) | | | | | | | | |
| Treasury Direct Account | E | Interest | O | T | | | | |
| Time Warner | B | Div. | L | T | | | | |
| Common Stock (also in IRA) | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Applied Materials<br>Common Stock (IRA) | – | | None | L | T | | | |
| Blount<br>Common Stock | – | | None | J | T | | | |
| Dell Computer<br>Common Stock | – | | None | | | Bought | 1/25 | N | – |

| | | | | | | |
|---|---|---|---|---|---|---|
| Dell Computer<br>Common Stock | Bought | 1/25 | N | – |
| | Partial Sold | 1/25 | M | A |
| | Sold | 1/31 | K | A |
| | Bought | 10/19 | M | – |
| | Sold | 10/19 | M | – |

| Intel — Common Stock (also in IRA) | E | Div | N | T | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Bought | 1/3 | O | – |
| | | | | | Partial Sold | 1/3 | O | – |
| | | | | | Bought | 1/4 | P1 | – |
| | | | | | Partial Sold | 1/4 | P1 | B |
| | | | | | Bought | 1/10 | O | – |
| | | | | | Partial Sold | 1/10 | O | C |
| | | | | | Bought | 1/11 | O | – |
| | | | | | Partial Sold | 1/11 | P1 | D |
| | | | | | Partial Sold | 1/12 | M | C |
| | | | | | Bought | 1/16 | N | – |
| | | | | | Partial Sold | 1/16 | O | D |
| | | | | | Sold | 1/18 | N | – |
| | | | | | Bought | 1/22 | O | – |
| | | | | | Sold | 1/24 | O | – |
| | | | | | Bought | 1/29 | N | – |
| | | | | | Partial Sold | 1/29 | M | – |
| | | | | | Partial Sold | 1/31 | M | A |
| | | | | | Sold | 2/1 | M | B |
| | | | | | Bought | 2/2 | N | – |
| | | | | | Sold | 2/2 | N | B |
| | | | | | Bought | 2/5 | O | – |
| | | | | | Sold | 2/5 | O | C |
| | | | | | Bought | 2/6 | P1 | – |
| | | | | | Sold | 2/6 | P1 | A |
| | | | | | Bought | 2/7 | P1 | – |
| | | | | | Sold | 2/7 | P1 | C |
| | | | | | Bought | 2/8 | P1 | – |
| | | | | | Partial Sold | 2/8 | P1 | C |
| | | | | | Bought | 2/9 | O | – |
| | | | | | Sold | 2/9 | P1 | – |

2

| | | | |
|---|---|---|---|
| Bought | 2/12 | J | – |
| Bought | 2/13 | K | – |
| Sold | 2/14 | K | A |
| Bought | 2/14 | M | – |
| Sold | 2/15 | M | B |
| Bought | 2/21 | N | – |
| Partial Sold | 2/21 | M | A |
| Sold | 2/22 | M | B |
| Bought | 2/23 | N | – |
| Sold | 2/26 | N | – |
| Bought | 3/13 | N | – |
| Bought | 3/14 | O | – |
| Partial Sold | 3/14 | O | B |
| Bought | 3/15 | N | – |
| Bought | 3/19 | M | – |
| Partial Sold | 3/26 | K | A |
| Partial Sold | 4/2 | N | – |
| Bought | 4/3 | P1 | – |
| Sold | 4/3 | P1 | C |
| Bought | 4/5 | O | – |
| Sold | 4/5 | O | B |
| Bought | 4/12 | N | – |
| Sold | 4/12 | N | A |
| Bought | 4/13 | O | – |
| Sold | 4/13 | O | B |
| Bought | 4/16 | O | – |
| Sold | 4/17 | O | D |
| Bought | 4/18 | N | – |
| Partial Sold | 4/18 | N | B |
| Bought | 4/19 | O | – |
| Bought | 4/20 | P1 | – |
| Partial Sold | 4/20 | P1 | D |
| Bought | 4/23 | N | – |
| Partial Sold | 4/23 | N | – |
| Bought | 4/24 | O | – |
| Partial Sold | 4/24 | O | – |
| Bought | 4/25 | O | – |
| Bought | 4/27 | P1 | – |
| Partial Sold | 4/27 | O | A |
| Sold | 4/30 | P1 | – |
| Bought | 5/2 | P1 | – |
| Partial Sold | 5/2 | P1 | A |
| Bought | 5/3 | P1 | – |

| | | | |
|---|---|---|---|
| Partial Sold | 5/3 | P1 | – |
| Bought | 5/4 | P1 | – |
| Partial Sold | 5/4 | P1 | B |
| Bought | 5/7 | N | – |
| Partial Sold | 5/8 | N | B |
| Bought | 5/9 | P1 | – |
| Partial Sold | 5/9 | P1 | E |
| Bought | 5/10 | P1 | – |
| Bought | 5/11 | O | – |
| Partial Sold | 5/11 | O | B |
| Bought | 5/14 | O | – |
| Partial Sold | 5/14 | O | B |
| Bought | 5/15 | O | – |
| Sold | 5/15 | P1 | – |
| Bought | 5/16 | P1 | – |
| Partial Sold | 5/16 | P1 | D |
| Bought | 5/17 | O | – |
| Partial Sold | 5/17 | M | – |
| Partial Sold | 5/18 | P1 | E |
| Bought | 5/21 | P1 | – |
| Partial Sold | 5/23 | P1 | E |
| Bought | 5/24 | P1 | – |
| Partial Sold | 5/25 | P1 | – |
| Bought | 5/29 | O | – |
| Partial Sold | 5/29 | K | A |
| Bought | 5/30 | N | – |
| Partial Sold | 5/30 | N | B |
| Bought | 5/31 | O | – |
| Partial Sold | 5/31 | O | B |
| Bought | 6/4 | P1 | – |
| Partial Sold | 6/4 | P1 | – |
| Bought | 6/5 | P1 | – |
| Partial Sold | 6/5 | P1 | – |
| Bought | 6/11 | O | – |
| Partial Sold | 6/11 | O | A |
| Bought | 6/13 | P1 | – |
| Partial Sold | 6/13 | P1 | D |
| Bought | 6/18 | O | – |
| Partial Sold | 6/18 | O | B |
| Bought | 6/21 | O | – |
| Partial Sold | 6/21 | P1 | E |
| Bought | 6/22 | O | – |
| Partial Sold | 6/22 | O | A |
| Partial Sold | 6/27 | N | E |

4

| | | | |
|---|---|---|---|
| Bought | 7/19 | O | – |
| Partial Sold | 7/19 | O | B |
| Bought | 8/3 | P1 | – |
| Partial Sold | 8/3 | P1 | – |
| Bought | 8/8 | P2 | – |
| Partial Sold | 8/8 | P2 | E |
| Bought | 8/14 | P2 | – |
| Sold | 8/14 | P2 | – |
| Bought | 8/22 | P1 | – |
| Sold | 8/22 | P1 | D |
| Bought | 8/27 | P1 | – |
| Sold | 8/28 | P1 | – |
| Bought | 8/30 | O | – |
| Sold | 8/30 | O | C |
| Bought | 8/31 | P1 | – |
| Sold | 8/31 | P1 | B |
| Bought | 9/5 | O | – |
| Partial Sold | 9/6 | O | D |
| Bought | 9/13 | P1 | – |
| Partial Sold | 9/13 | P1 | C |
| Sold | 9/18 | N | – |
| Bought | 9/24 | L | – |
| Bought | 9/25 | P2 | – |
| Sold | 9/25 | P2 | D |
| Bought | 9/26 | L | – |
| Bought | 10/1 | O | – |
| Partial Sold | 10/1 | O | D |
| Bought | 10/2 | N | – |
| Partial Sold | 10/2 | N | A |
| Bought | 10/3 | N | – |
| Sold | 10/3 | O | – |
| Bought | 10/4 | O | – |
| Bought | 10/8 | P1 | – |
| Partial Sold | 10/8 | P1 | – |
| Bought | 10/12 | O | – |
| Partial Sold | 10/12 | M | A |
| Partial Sold | 10/16 | O | E |
| Bought | 10/18 | M | – |
| Bought | 10/19 | P1 | – |
| Partial Sold | 10/19 | P1 | – |
| Partial Sold | 11/2 | O | E |
| Bought | 11/5 | O | – |
| Partial Sold | 11/5 | O | B |
| Bought | 11/9 | P1 | – |

5

| Partial Sold | 11/9 | P1 | – |
| Partial Sold | 11/12 | O | – |
| Bought | 11/14 | O | – |
| Partial Sold | 11/14 | O | C |
| Bought | 11/15 | O | – |
| Partial Sold | 11/15 | O | A |
| Bought | 11/16 | O | – |
| Bought | 11/27 | O | – |
| Partial Sold | 11/27 | O | D |
| Partial Sold | 12/4 | P1 | E |
| Bought | 12/4 | N | – |
| Bought | 12/7 | O | – |
| Partial Sold | 12/18 | O | – |
| Partial Sold | 12/21 | O | – |

Analogue Devices          B     Div.          L          T
  Common Stock (IRA)

CMGI                      –     None          J          T
  Common Stock (IRA)

International Rectifier    –     None          L          T
  Common Stock (IRA)

Microsoft                 B     Div.          N          T
  Common Stock (IRA)

| Bought | 1/8 | M | – |
| Bought | 1/9 | O | – |
| Sold | 1/9 | O | C |
| Bought | 1/10 | M | – |
| Partial Sold | 1/10 | M | – |
| Sold | 1/11 | M | C |
| Bought | 1/16 | N | – |
| Sold | 1/16 | N | – |
| Bought | 1/29 | N | – |
| Sold | 1/29 | N | B |
| Bought | 1/30 | O | – |
| Sold | 1/30 | O | B |
| Bought | 2/1 | N | – |
| Sold | 2/1 | N | A |
| Bought | 2/2 | P1 | – |
| Sold | 2/2 | P1 | – |
| Bought | 2/5 | P1 | – |
| Sold | 2/5 | P1 | – |

| Transaction | Date | Code | Code |
|---|---|---|---|
| Bought | 2/6 | P1 | – |
| Sold | 2/6 | P1 | – |
| Bought | 2/7 | P1 | – |
| Sold | 2/7 | P1 | C |
| Bought | 2/8 | N | – |
| Sold | 2/8 | N | – |
| Bought | 2/9 | P1 | – |
| Sold | 2/9 | P1 | – |
| Bought | 2/21 | M | – |
| Sold | 2/21 | M | B |
| Bought | 4/26 | M | – |
| Sold | 4/27 | O | – |
| Bought | 8/3 | O | – |
| Sold | 8/3 | O | – |
| Bought | 8/8 | O | – |
| Sold | 8/8 | O | B |
| Bought | 8/14 | O | – |
| Sold | 8/14 | O | – |
| Bought | 9/21 | O | – |
| Sold | 9/24 | O | E |
| Bought | 9/25 | P1 | – |
| Sold | 9/25 | P1 | B |
| Bought | 9/26 | J | – |
| Bought | 9/28 | O | – |
| Sold | 9/28 | O | B |
| Bought | 10/3 | O | – |
| Sold | 10/3 | O | – |
| Bought | 10/8 | P1 | – |
| Sold | 10/8 | P1 | D |

Gateway  
Common Stock (IRA) — None

Palm Inc.  
Common Stock (IRA) — None    J    T

Sun Microsystems  
Common Stock (IRA) — None    K    T

Whirlpool  
Common Stock    A    Div        Sold    4/24    L    –

HPQ    A    Div        Sold    2/26    M    B

7

Common Stock

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yahoo Common Stock | – | None | J | T | Bought | 1/3 | P1 | – |
| | | | | | Partial Sold | 1/3 | P1 | – |
| | | | | | Bought | 1/4 | P1 | – |
| | | | | | Sold | 1/4 | P1 | C |
| | | | | | Bought | 1/5 | O | – |
| | | | | | Sold | 1/5 | O | B |
| | | | | | Bought | 1/9 | P1 | – |
| | | | | | Sold | 1/9 | P1 | C |
| | | | | | Bought | 1/11 | N | – |
| | | | | | Sold | 1/11 | N | B |
| | | | | | Bought | 1/16 | O | – |
| | | | | | Sold | 1/16 | O | C |
| | | | | | Bought | 1/19 | O | – |
| | | | | | Bought | 1/23 | M | – |
| | | | | | Partial Sold | 1/23 | O | – |
| | | | | | Bought | 1/24 | L | – |
| | | | | | Sold | 2/6 | M | A |
| | | | | | Bought | 2/21 | O | – |
| | | | | | Sold | 2/21 | O | C |
| | | | | | Bought | 4/12 | O | – |
| | | | | | Partial Sold | 4/12 | O | B |
| | | | | | Bought | 4/13 | N | – |
| | | | | | Sold | 4/13 | O | D |
| | | | | | Bought | 4/16 | O | – |
| | | | | | Sold | 4/16 | O | B |
| | | | | | Bought | 4/19 | M | – |
| | | | | | Sold | 4/19 | M | – |
| | | | | | Bought | 4/20 | N | – |
| | | | | | Sold | 4/20 | N | A |
| | | | | | Bought | 4/27 | O | – |
| | | | | | Sold | 4/27 | O | B |
| | | | | | Bought | 4/30 | O | – |
| | | | | | Sold | 4/30 | O | – |
| | | | | | Bought | 5/1 | O | – |
| | | | | | Partial Sold | 5/2 | N | D |
| | | | | | Bought | 5/3 | O | – |
| | | | | | Sold | 5/3 | O | C |
| | | | | | Bought | 5/4 | O | – |
| | | | | | Bought | 5/9 | O | – |
| | | | | | Sold | 5/9 | O | B |
| | | | | | Bought | 5/10 | N | – |
| | | | | | Bought | 5/14 | O | – |

| | | | |
|---|---|---|---|
| Partial Sold | 5/14 | O | B |
| Bought | 5/16 | O | – |
| Partial Sold | 5/16 | O | C |
| Bought | 5/17 | O | – |
| Partial Sold | 5/18 | O | E |
| Bought | 5/21 | O | – |
| Bought | 5/23 | O | – |
| Partial Sold | 5/23 | O | – |
| Bought | 5/24 | O | – |
| Partial Sold | 5/24 | O | A |
| Partial Sold | 5/25 | P1 | – |
| Bought | 5/29 | N | – |
| Bought | 5/30 | N | – |
| Partial Sold | 5/30 | N | B |
| Bought | 5/31 | O | – |
| Partial Sold | 5/31 | O | B |
| Bought | 6/4 | N | – |
| Partial Sold | 6/4 | O | A |
| Bought | 6/5 | N | – |
| Partial Sold | 6/5 | N | B |
| Bought | 6/15 | N | – |
| Partial Sold | 6/15 | N | – |
| Bought | 6/18 | P1 | – |
| Partial Sold | 6/18 | P1 | D |
| Bought | 6/21 | N | – |
| Partial Sold | 6/21 | N | – |
| Bought | 7/20 | O | – |
| Sold | 8/3 | P1 | – |
| Bought | 8/8 | P1 | – |
| Sold | 8/8 | P1 | C |
| Bought | 8/14 | P1 | – |
| Sold | 8/14 | P1 | – |
| Bought | 8/22 | P1 | – |
| Partial Sold | 8/22 | O | A |
| Sold | 8/28 | O | – |
| Bought | 8/30 | N | – |
| Sold | 8/30 | N | B |
| Bought | 8/31 | P1 | – |
| Partial Sold | 8/31 | A | A |
| Bought | 9/25 | M | – |
| Sold | 9/25 | N | E |
| Bought | 9/28 | O | – |
| Sold | 9/28 | O | B |
| Bought | 10/4 | O | – |

| | | | | | Sold | 10/4 | O | B |
| | | | | | Bought | 11/14 | P1 | – |
| | | | | | Partial Sold | 11/27 | P1 | D |
| | | | | | Bought | 11/28 | P1 | – |
| | | | | | Partial Sold | 11/29 | M | C |
| | | | | | Bought | 11/30 | O | – |
| | | | | | Partial Sold | 11/30 | P1 | F |
| | | | | | Bought | 12/4 | P1 | – |
| | | | | | Partial Sold | 12/4 | P1 | C |
| | | | | | Bought | 12/5 | P1 | – |
| | | | | | Partial Sold | 12/21 | N | – |
| | | | | | Partial Sold | 12/24 | O | – |

| A. Description | C. Income | | D.Value | | Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| Advanced Micro Devices Common Stock | – | None | | | Bold | 1/12 | O | – |
| | | | | | Sold | 1/12 | O | – |
| | | | | | Bought | 4/19 | M | – |
| | | | | | Sold | 4/19 | M | B |
| | | | | | Bought | 5/16 | M | – |
| | | | | | Sold | 5/16 | M | A |
| | | | | | Bought | 5/18 | O | – |
| | | | | | Sold | 5/18 | O | B |
| Amazon.com Common | – | None | | | Bought | 1/4 | K | – |
| | | | | | Sold | 1/4 | K | A |
| | | | | | Bought | 1/5 | M | – |
| | | | | | Sold | 1/23 | M | – |
| | | | | | Bought | 2/21 | N | – |
| | | | | | Sold | 2/21 | N | A |
| | | | | | Bought | 4/4 | M | – |
| | | | | | Sold | 4/4 | M | A |
| | | | | | Bought | 4/13 | M | – |
| | | | | | Sold | 4/13 | M | A |
| | | | | | Bought | 4/23 | L | – |
| | | | | | Sold | 4/23 | L | A |
| | | | | | Bought | 4/24 | K | – |
| | | | | | Sold | 4/24 | L | B |
| | | | | | Bought | 4/27 | P1 | – |
| | | | | | Sold | 4/27 | P1 | D |
| | | | | | Bought | 6/18 | N | – |
| | | | | | Sold | 6/18 | N | A |

10

| | | | | | |
|---|---|---|---|---|---|
| | | | Bought | 6/21 | N | – |
| | | | Sold | 6/21 | N | A |
| | | | Bought | 6/27 | N | – |
| | | | Sold | 6/27 | N | B |
| | | | Bought | 9/13 | O | – |
| | | | Bought | 9/25 | N | – |
| | | | Sold | 9/25 | P1 | F |
| | | | Bought | 9/26 | N | – |
| | | | Bought | 10/2 | O | – |
| | | | Partial Sold | 10/2 | O | B |
| | | | Bought | 10/3 | O | – |
| | | | Partial Sold | 10/3 | O | B |
| | | | Bought | 10/4 | O | – |
| | | | Partial Sold | 10/5 | O | D |
| | | | Bought | 10/8 | P1 | – |
| | | | Sold | 10/8 | P1 | D |
| | | | Bought | 10/11 | O | – |
| | | | Sold | 10/19 | O | – |
| | | | Bought | 10/24 | N | – |
| | | | Sold | 10/24 | N | C |
| | | | Bought | 10/31 | N | – |
| | | | Sold | 10/31 | N | C |
| | | | Bought | 11/2 | O | – |
| | | | Sold | 11/2 | O | B |
| | | | Bought | 11/5 | M | – |
| | | | Bought | 11/7 | M | – |
| | | | Bought | 11/8 | M | – |
| | | | Sold | 11/27 | O | – |
| Apple Computer Common Stock | – | None | Bought | 1/12 | P1 | – |
| | | | Sold | 1/12 | P1 | B |
| | | | Bought | 1/18 | N | – |
| | | | Sold | 1/18 | N | – |
| | | | Bought | 1/19 | O | – |
| | | | Sold | 1/23 | O | – |
| | | | Bought | 1/29 | P1 | – |
| | | | Sold | 1/29 | P1 | C |
| | | | Bought | 1/30 | P1 | – |
| | | | Sold | 1/30 | P1 | – |
| | | | Bought | 1/31 | P1 | – |
| | | | Partial Sold | 1/31 | P1 | D |
| | | | Bought | 2/1 | P1 | – |
| | | | Partial Sold | 2/1 | P1 | C |

| | Sold | 2/2 | P1 | – |
|---|---|---|---|---|
| | Bought | 2/5 | N | – |
| | Sold | 2/7 | N | D |
| | Bought | 2/8 | N | – |
| | Sold | 2/8 | N | C |
| | Bought | 2/9 | L | – |
| | Sold | 2/9 | L | – |
| | Bought | 2/13 | L | – |
| | Sold | 2/14 | L | A |
| | Bought | 2/15 | O | – |
| | Bought | 2/16 | N | – |
| | Partial Sold | 2/16 | O | – |
| | Sold | 2/21 | O | E |
| | Bought | 2/22 | N | – |
| | Sold | 2/22 | N | C |
| | Bought | 2/23 | O | – |
| | Sold | 2/26 | O | – |
| | Bought | 4/18 | P1 | – |
| | Sold | 4/18 | P1 | – |
| | Bought | 4/23 | M | – |
| | Sold | 4/23 | M | A |
| | Bought | 4/24 | M | – |
| | Sold | 4/24 | M | – |
| | Bought | 4/25 | M | – |
| | Partial Sold | 4/25 | M | B |
| | Bought | 5/1 | N | – |
| | Partial Sold | 5/1 | M | A |
| | Partial Sold | 5/2 | M | B |
| | Sold | 5/4 | L | – |
| Applied Materials | A | Div | L | T | Bought | 6/13 | K | – |
| Common Stock (also in IRA) | | | | | Sold | 6/13 | K | A |
| Cisco | – | None | O | T | Bought | 1/1 | P1 | – |
| Common Stock | | | | | Partial Sold | 1/11 | O | B |
| | | | | | Bought | 1/12 | P1 | – |
| | | | | | Partial Sold | 1/12 | P1 | C |
| | | | | | Bought | 1/16 | O | – |
| | | | | | Sold | 1/19 | O | – |
| | | | | | Bought | 1/25 | O | – |
| | | | | | Partial Sold | 1/25 | M | A |
| | | | | | Sold | 1/26 | N | B |
| | | | | | Bought | 1/30 | N | – |
| | | | | | Sold | 1/30 | M | – |

| | | | |
|---|---|---|---|
| Bought | 1/31 | O | – |
| Sold | 1/31 | O | C |
| Bought | 2/1 | O | – |
| Sold | 2/1 | O | C |
| Bought | 2/5 | O | – |
| Sold | 2/5 | O | C |
| Bought | 2/6 | P1 | – |
| Partial Sold | 2/6 | P1 | E |
| Bought | 2/7 | O | – |
| Partial Sold | 2/7 | O | D |
| Bought | 2/8 | P1 | – |
| Partial Sold | 2/8 | P1 | – |
| Sold | 2/9 | O | – |
| Bought | 2/12 | M | – |
| Bought | 2/13 | M | – |
| Sold | 2/14 | N | A |
| Bought | 2/14 | M | – |
| Bought | 2/15 | N | – |
| Sold | 2/15 | O | B |
| Bought | 2/16 | N | – |
| Sold | 2/16 | O | A |
| Bought | 2/21 | N | – |
| Bought | 2/23 | O | – |
| Sold | 2/23 | P1 | C |
| Bought | 3/14 | N | – |
| Sold | 3/14 | N | A |
| Bought | 3/21 | P1 | – |
| Sold | 3/21 | P1 | C |
| Bought | 3/23 | P1 | – |
| Partial Sold | 3/23 | L | – |
| Sold | 3/26 | P1 | B |
| Bought | 3/28 | P1 | – |
| Sold | 3/28 | P1 | – |
| Bought | 3/29 | N | – |
| Bought | 4/2 | N | – |
| Sold | 4/3 | O | D |
| Bought | 4/4 | N | – |
| Sold | 4/4 | N | B |
| Bought | 4/5 | O | – |
| Sold | 4/5 | O | C |
| Bought | 4/9 | P1 | – |
| Bought | 4/10 | O | – |
| Sold | 4/11 | P1 | – |
| Bought | 4/12 | O | – |

13

| | | | |
|---|---|---|---|
| Sold | 4/12-13 | O | C |
| Bought | 4/16 | M | – |
| Sold | 4/17 | M | A |
| Bought | 4/18 | N | – |
| Sold | 4/18 | N | A |
| Bought | 4/19 | P1 | – |
| Sold | 4/19 | P1 | – |
| Bought | 4/23 | P1 | – |
| Sold | 4/23 | P1 | A |
| Bought | 4/24 | P1 | – |
| Sold | 4/24 | P1 | B |
| Bought | 5/9 | N | – |
| Sold | 5/9 | N | B |
| Bought | 5/10 | N | – |
| Sold | 5/15 | N | – |
| Bought | 5/17 | N | – |
| Bought | 5/31 | N | – |
| Partial Sold | 5/31 | N | C |
| Sold | 6/5 | N | D |
| Bought | 6/18 | N | – |
| Partial Sold | 6/18 | N | A |
| Bought | 9/13 | O | – |
| Sold | 9/18 | O | B |
| Bought | 9/25 | P1 | – |
| Sold | 9/25 | P1 | D |
| Bought | 10/2 | O | – |
| Sold | 10/2 | O | B |
| Bought | 10/3 | O | – |
| Sold | 10/3 | O | – |
| Bought | 10/4 | O | – |
| Sold | 10/4 | O | A |
| Bought | 11/9 | P1 | – |
| Sold | 11/9 | P1 | – |
| Bought | 11/27 | O | – |
| Partial Sold | 11/27 | A | – |
| Bought | 11/30 | N | – |
| Sold | 11/30 | O | D |
| Bought | 12/4 | N | – |
| Bought | 12/5 | N | – |
| Partial Sold | 12/5 | N | B |
| Bought | 12/7 | N | – |
| Partial Sold | 12/21 | O | – |
| Bought | 12/24 | O | – |

14

| | | | | | Action | Date | | |
|---|---|---|---|---|---|---|---|---|
| 538 | Ebay | – | None | J | T | Bought | 1/26 | M | – |
| 539 | Common Stock | | | | | Bought | 1/29 | M | – |
| 540 | | | | | | Sold | 1/29 | N | B |
| 541 | | | | | | Bought | 1/30 | O | – |
| 542 | | | | | | Sold | 1/30 | O | – |
| 543 | | | | | | Bought | 1/31 | M | – |
| 544 | | | | | | Sold | 1/31 | M | B |
| 545 | | | | | | Bought | 2/1 | M | – |
| 546 | | | | | | Sold | 2/2 | M | A |
| 547 | | | | | | Bought | 2/21 | N | – |
| 548 | | | | | | Sold | 2/21 | N | B |
| 549 | | | | | | Bought | 4/4 | N | – |
| 550 | | | | | | Bought | 4/10 | N | – |
| 551 | | | | | | Sold | 4/11 | O | – |
| 552 | | | | | | Bought | 4/23 | N | – |
| 553 | | | | | | Sold | 4/23 | N | – |
| 554 | | | | | | Bought | 4/27 | P1 | – |
| 555 | | | | | | Sold | 4/27 | P1 | – |
| 556 | | | | | | Bought | 5/16 | P1 | – |
| 557 | | | | | | Sold | 5/16 | P1 | C |
| 558 | | | | | | Bought | 5/18 | N | – |
| 559 | | | | | | Partial Sold | 5/18 | M | A |
| 560 | | | | | | Bought | 5/23 | M | – |
| 561 | | | | | | Sold | 5/23 | N | B |
| 562 | | | | | | Bought | 6/18 | N | – |
| 563 | | | | | | Partial Sold | 6/18 | N | A |
| 564 | | | | | | Bought | 6/21 | M | – |
| 565 | | | | | | Partial Sold | 6/21 | M | A |
| 566 | | | | | | Bought | 6/31 | P1 | – |
| 567 | | | | | | Partial Sold | 6/31 | P1 | – |
| 568 | | | | | | Bought | 9/13 | P1 | – |
| 569 | | | | | | Sold | 9/13 | P1 | E |
| 570 | | | | | | Bought | 9/25 | P1 | – |
| 571 | | | | | | Sold | 9/25 | P1 | E |
| 572 | | | | | | Bought | 10/2 | O | – |
| 573 | | | | | | Sold | 10/2 | O | A |
| 574 | | | | | | Bought | 10/4 | O | – |
| 575 | | | | | | Sold | 10/4 | O | D |
| 576 | | | | | | Bought | 10/5 | O | – |
| 577 | | | | | | Bought | 10/8 | P1 | – |
| 578 | | | | | | Sold | 10/8 | P1 | – |
| 579 | | | | | | Bought | 10/19 | O | – |
| 580 | | | | | | Partial Sold | 10/19 | O | – |
| 581 | | | | | | Bought | 11/2 | O | – |

| | | | | |
|---|---|---|---|---|
| | Partial Sold | 11/2 | O | D |
| | Bought | 11/5 | N | – |
| | Bought | 11/7 | N | – |
| | Partial Sold | 11/9 | O | – |
| | Bought | 11/13 | N | – |
| | Partial Sold | 11/13 | N | B |
| | Bought | 11/14 | N | – |
| | Partial Sold | 11/14 | N | B |
| Ford – None Common Stock | Bought | 1/3 | K | – |
| | Sold | 1/23 | K | C |
| Google – None Common Stock | Bought | 1/3 | N | – |
| | Sold | 1/3 | N | – |
| | Bought | 1/4 | N | – |
| | Sold | 1/4 | N | B |
| | Bought | 1/5 | P1 | – |
| | Sold | 1/5 | P1 | A |
| | Bought | 1/8 | P1 | – |
| | Sold | 1/9 | P1 | – |
| | Bought | 1/10 | P1 | – |
| | Sold | 1/10 | P1 | D |
| | Bought | 1/11 | O | – |
| | Sold | 1/11 | O | B |
| | Bought | 1/12 | P1 | – |
| | Sold | 1/12 | P1 | B |
| | Bought | 1/16 | P1 | – |
| | Bought | 1/17 | P1 | – |
| | Partial Sold | 1/17 | P1 | – |
| | Bought | 1/18 | O | – |
| | Partial Sold | 1/18 | P1 | – |
| | Bought | 1/22 | N | – |
| | Bought | 1/23 | N | – |
| | Partial Sold | 1/23 | O | – |
| | Bought | 1/25 | N | – |
| | Partial Sold | 1/23 | O | E |
| | Bought | 1/29 | O | – |
| | Sold | 1/29 | P1 | – |
| | Bought | 1/30 | N | – |
| | Sold | 1/30 | N | A |
| | Bought | 1/31 | O | – |
| | Bought | 2/1 | P1 | – |
| | Partial Sold | 2/1 | P1 | – |
| | Bought | 2/2 | P1 | – |

| | | | |
|---|---|---|---|
| Partial Sold | 2/2 | P1 | – |
| Partial Sold | 2/6 | M | – |
| Bought | 2/7 | O | – |
| Partial Sold | 2/7 | O | – |
| Sold | 2/8 | O | – |
| Bought | 2/9 | O | – |
| Sold | 2/9 | O | – |
| Bought | 2/13 | M | – |
| Sold | 2/13 | M | A |
| Bought | 2/14 | O | – |
| Partial Sold | 2/14 | M | A |
| Bought | 2/15 | P1 | – |
| Partial Sold | 3/15 | O | – |
| Bought | 2/16 | O | – |
| Sold | 2/16 | P1 | D |
| Bought | 2/21 | O | – |
| Partial Sold | 2/21 | O | C |
| Bought | 2/22 | O | – |
| Partial Sold | 2/22 | N | – |
| Bought | 2/23 | N | – |
| Sold | 2/26 | P1 | – |
| Bought | 4/4 | N | – |
| Sold | 4/4 | N | B |
| Bought | 4/5 | O | – |
| Partial Sold | 4/5 | N | A |
| Bought | 4/13 | P1 | – |
| Partial Sold | 4/13 | P1 | A |
| Bought | 4/16 | O | – |
| Sold | 4/16 | P1 | B |
| Bought | 4/17 | N | – |
| Partial Sold | 4/17 | M | A |
| Sold | 4/18 | M | A |
| Bought | 4/20 | P1 | – |
| Sold | 4/20 | P1 | – |
| Bought | 4/23 | N | – |
| Sold | 4/23 | N | A |
| Bought | 4/24 | O | – |
| Partial Sold | 4/24 | N | A |
| Sold | 4/25 | K | A |
| Bought | 5/7 | O | – |
| Sold | 5/8 | O | – |
| Bought | 5/9 | O | – |
| Sold | 5/9 | O | D |
| Bought | 5/10 | O | – |

| Name | | | Transaction | Date | Code | Code2 |
|---|---|---|---|---|---|---|
| | | | Sold | 5/11 | O | B |
| | | | Bought | 5/14 | N | – |
| | | | Sold | 5/14 | N | B |
| | | | Bought | 5/15 | O | – |
| | | | Sold | 5/15 | O | – |
| | | | Bought | 6/13 | O | – |
| | | | Sold | 6/13 | O | B |
| | | | Bought | 6/15 | O | – |
| | | | Sold | 6/15 | O | C |
| | | | Bought | 11/14 | N | – |
| | | | Sold | 11/23 | N | D |
| National Oilwell | – | None | Bought | 1/26 | M | – |
| Common Stock | | | Sold | 1/26 | M | A |
| | | | Bought | 1/29 | M | – |
| | | | Sold | 1/29 | M | – |
| | | | Bought | 2/7 | M | – |
| | | | Sold | 2/7 | M | A |
| | | | Bought | 2/16 | N | – |
| | | | Partial Sold | 2/16 | M | A |
| | | | Partial Sold | 2/22 | M | C |
| | | | Sold | 2/26 | M | – |
| | | | Bought | 3/8 | N | – |
| | | | Bought | 3/12 | N | – |
| | | | Partial Sold | 3/12 | N | A |
| | | | Bought | 3/13 | O | – |
| | | | Partial Sold | 3/13 | N | A |
| | | | Bought | 3/14 | P1 | – |
| | | | Partial Sold | 3/14 | P1 | B |
| | | | Bought | 3/15 | O | – |
| | | | Partial Sold | 3/15 | M | A |
| | | | Bought | 3/16 | O | – |
| | | | Bought | 3/19 | O | – |
| | | | Partial Sold | 3/19 | P1 | E |
| | | | Bought | 3/20 | P1 | – |
| | | | Sold | 3/20 | P1 | E |
| | | | Bought | 3/21 | N | – |
| | | | Bought | 3/26 | P1 | – |
| | | | Partial Sold | 3/26 | P1 | C |
| | | | Bought | 3/27 | N | – |
| | | | Sold | 3/27 | O | B |
| | | | Bought | 3/28 | N | – |
| | | | Sold | 3/28 | N | – |
| | | | Bought | 3/29 | N | – |

| | | | |
|---|---|---|---|
| Sold | 3/29 | N | D |
| Bought | 3/30 | O | – |
| Partial Sold | 3/30 | M | – |
| Bought | 4/2 | N | – |
| Sold | 4/2 | O | C |
| Bought | 4/3 | P1 | – |
| Sold | 4/3 | P1 | C |
| Bought | 4/11 | P1 | – |
| Sold | 4/11 | P1 | – |
| Bought | 4/12 | P1 | – |
| Partial Sold | 4/12 | P1 | D |
| Bought | 4/13 | O | – |
| Sold | 4/13 | O | A |
| Bought | 4/16 | M | – |
| Sold | 4/16 | M | A |
| Bought | 4/18 | M | – |
| Partial Sold | 4/18 | J | A |
| Sold | 4/19 | M | – |
| Bought | 4/20 | O | – |
| Partial Sold | 4/20 | N | – |
| Bought | 4/23 | P1 | – |
| Sold | 4/23 | P1 | D |
| Bought | 4/24 | O | – |
| Sold | 4/24 | O | – |
| Bought | 4/30 | O | – |
| Sold | 4/30–5/1 | O | A |
| Bought | 5/18 | M | – |
| Sold | 5/18 | M | A |
| Bought | 10/8 | O | – |
| Partial Sold | 10/8 | O | – |
| Sold | 11/9 | M | – |
| Bought | 12/28 | O | – |
| Sold | 12/28 | O | B |

| | | | | |
|---|---|---|---|---|
| Research-In-Motion Common Stock | – | None | | |
| | Bought | 1/3 | M | – |
| | Sold | 1/3 | M | – |
| | Bought | 1/4 | M | – |
| | Sold | 1/4 | M | A |
| | Bought | 1/5 | N | – |
| | Sold | 1/5 | N | C |
| | Bought | 1/9 | O | – |
| | Sold | 1/9 | O | – |
| | Bought | 1/10 | O | – |
| | Sold | 1/10 | O | C |

| | | | |
|---|---|---|---|
| Bought | 1/11 | O | – |
| Partial Sold | 1/11 | N | – |
| Bought | 1/12 | N | – |
| Partial Sold | 1/12 | N | A |
| Bought | 1/17 | O | – |
| Partial Sold | 1/17 | N | – |
| Bought | 1/18 | N | – |
| Sold | 1/18 | P1 | – |
| Bought | 1/19 | O | – |
| Sold | 1/19 | O | D |
| Bought | 1/22 | N | – |
| Partial Sold | 1/23 | N | D |
| Bought | 1/24 | P1 | – |
| Partial Sold | 1/24 | O | B |
| Bought | 1/25 | N | – |
| Partial Sold | 1/25 | N | A |
| Bought | 1/26 | O | – |
| Partial Sold | 1/26 | O | B |
| Bought | 2/2 | P1 | – |
| Partial Sold | 2/2 | P1 | E |
| Partial Sold | 2/5 | M | C |
| Sold | 2/6 | M | A |
| Bought | 2/7 | O | – |
| Sold | 2/7 | O | D |
| Bought | 2/8 | O | – |
| Sold | 2/8 | O | A |
| Bought | 2/9 | N | – |
| Sold | 2/9 | N | – |
| Bought | 2/13 | M | – |
| Sold | 2/14 | M | B |
| Bought | 2/15 | M | – |
| Bought | 2/16 | M | – |
| Sold | 2/16 | N | – |
| Bought | 2/21 | N | – |
| Sold | 2/21 | N | B |
| Bought | 2/22 | N | – |
| Sold | 2/22 | N | B |
| Bought | 2/23 | N | – |
| Sold | 2/23 | N | B |
| Bought | 4/13 | O | – |
| Sold | 4/13 | O | – |
| Bought | 4/23 | O | – |
| Partial Sold | 4/23 | O | B |
| Sold | 4/25 | M | B |

20

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Valero | A | Div | | N | T | Bought | 1/26 | O | – |
| Common Stock | | | | | | Sold | 1/26 | O | B |
| | | | | | | Bought | 1/29 | M | – |
| | | | | | | Sold | 1/29 | M | – |
| | | | | | | Bought | 2/7 | O | – |
| | | | | | | Sold | 2/7 | O | – |
| | | | | | | Bought | 2/8 | N | – |
| | | | | | | Sold | 2/8 | N | A |
| | | | | | | Bought | 2/13 | M | – |
| | | | | | | Sold | 2/14 | M | A |
| | | | | | | Bought | 2/23 | N | – |
| | | | | | | Sold | 2/26 | N | – |
| | | | | | | Bought | 3/8 | N | – |
| | | | | | | Bought | 3/12 | O | – |
| | | | | | | Partial Sold | 3/12 | N | – |
| | | | | | | Bought | 3/13 | O | – |
| | | | | | | Bought | 3/14 | N | – |
| | | | | | | Partial Sold | 3/14 | N | A |
| | | | | | | Bought | 3/15 | O | – |
| | | | | | | Partial Sold | 3/15 | P1 | C |
| | | | | | | Bought | 3/16 | O | – |
| | | | | | | Partial Sold | 3/16 | P1 | B |
| | | | | | | Bought | 3/19 | N | – |
| | | | | | | Sold | 3/19 | P1 | D |
| | | | | | | Bought | 3/20 | P1 | – |
| | | | | | | Sold | 3/20 | P1 | – |
| | | | | | | Bought | 3/21 | P1 | – |
| | | | | | | Sold | 3/21 | P1 | B |
| | | | | | | Bought | 3/23 | M | – |
| | | | | | | Sold | 3/23 | M | A |
| | | | | | | Bought | 3/26 | P1 | – |
| | | | | | | Sold | 3/26 | P1 | C |
| | | | | | | Bought | 3/27 | N | – |
| | | | | | | Sold | 3/27 | N | A |
| | | | | | | Bought | 3/28 | O | – |
| | | | | | | Partial Sold | 3/28 | N | – |
| | | | | | | Sold | 3/29 | N | C |
| | | | | | | Bought | 3/30 | O | – |
| | | | | | | Sold | 3/30 | O | – |
| | | | | | | Bought | 4/2 | P1 | – |
| | | | | | | Sold | 4/2 | P1 | – |
| | | | | | | Bought | 4/3 | P1 | – |
| | | | | | | Partial Sold | 4/3 | P1 | C |

| | | | |
|---|---|---|---|
| Sold | 4/3 | M | – |
| Bought | 4/10 | O | – |
| Bought | 4/11 | P1 | – |
| Sold | 4/11 | P1 | C |
| Bought | 4/12 | O | – |
| Sold | 4/12 | O | A |
| Bought | 4/13 | O | – |
| Partial Sold | 4/13 | O | – |
| Bought | 4/16 | O | – |
| Sold | 4/16 | O | – |
| Bought | 4/18 | N | – |
| Sold | 4/18 | N | – |
| Bought | 4/19 | M | – |
| Sold | 4/19 | M | – |
| Bought | 4/20 | O | – |
| Sold | 4/20 | O | – |
| Bought | 4/20 | N | – |
| Sold | 4/20 | N | A |
| Bought | 5/18 | P1 | – |
| Sold | 5/18 | P1 | B |
| Bought | 6/27 | O | – |
| Sold | 6/27 | O | B |
| Bought | 7/19 | N | – |
| Sold | 7/19 | N | – |
| Bought | 8/8 | M | – |
| Sold | 8/8 | M | B |
| Bought | 8/22 | N | – |
| Sold | 8/22 | N | B |
| Bought | 8/27 | N | – |
| Sold | 8/27 | N | A |
| Bought | 8/28 | M | – |
| Sold | 8/28 | M | – |
| Bought | 8/31 | O | – |
| Partial Sold | 8/31 | M | A |
| Partial Sold | 9/18 | N | D |
| Sold | 9/24 | M | C |
| Bought | 9/25 | N | – |
| Bought | 10/8 | P1 | – |
| Partial Sold | 10/8 | P1 | D |
| Sold | 10/10 | N | D |
| Bought | 10/11 | M | – |
| Bought | 10/19 | M | – |
| Partial Sold | 10/19 | M | – |
| Sold | 11/9 | M | – |

Bought    11/29    M    –
Sold      11/29    M    A
Bought    12/28    O    –